JOSEPH RAVITCH, Respondent, v. MAX JELLINE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

GIZELLA SCHNUR, Appellant, v. CZARINA GEORGE and Another, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUS KATZ, Appellant, v. GEORGE P. RICHTER and Others, etc., Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

DAVIS CREEK LAND AND COAL COMPANY, a Foreign Corporation, Appellant, v. GEORGE FRANKEL and Others, Copartners, etc., Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MORTON H. MEINHARD, Respondent, v. WALTER J. SALMON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JOSEPH J. BREITMAN, Appellant, v. KENNETH A. PETRETTI REALTY CO., INC., Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

REVILLON FRERES, Respondent, v. LAURA H. THOMPSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HARRY STEIN, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order modified by striking out the words " with the examinations of the plaintiff," and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of the Application of OTTO J. SCHROEDER for the Revocation of Letters of Administration Granted to MELISSA BINGHAM, Who Described Herself as MELISSA SCHROEDER, upon the Estate of LOUIS A. SCHROEDER, Late of the County of New York, Deceased, and for Issuance of Letters of Administration, etc. (2 appeals.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MORRIS HANDSHU, Appellant, v. LOUIS MESSING, Individually and as Treasurer of LOCAL No. 100 OF THE BAKERY AND CONFECTIONERY WORKERS INTERNATIONAL UNION OF AMERICA and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WILLIAM KLEINMAN and Another, Appellants, v. ASTORIA FUR DRESSING CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.